Scott F. Kocher, OSB 015088
scott@forumlawgroup.com
FORUM LAW GROUP LLC
811 Naito Parkway, Suite 420
Portland, OR 97204
Tel: (503) 445-2102/Fax: (503) 445-2120

*Attorneys for Plaintiffs Alger Funds*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE ALGER FUNDS; THE ALGER FUNDS II, THE ALGER INSTITUTIONAL FUNDS; THE ALGER PORTFOLIOS; ALGER SICAV; ALGER ASSOCIATES, INC.; ALGER AMERICAN ASSET GROWTH FUND, A SUB-FUND OF ALGER SICAV; ALGER CAPITAL APPRECIATION FUND, A SERIES OF THE ALGER FUNDS; ALGER CAPITAL APPRECIATION INSTITUTIONAL FUND, A SERIES OF THE ALGER INSTITUTIONAL FUNDS; ALGER CAPITAL APPRECIATION PORTFOLIO, A SERIES OF THE ALGER PORTFOLIOS; ALGER COLLECTIVE TRUST CAPITAL APPRECIATION SERIES; ALGER DYNAMIC OPPORTUNITIES FUND, A SERIES OF THE ALGER FUNDS II; ALGER LARGE CAP GROWTH PORTFOLIO, A SERIES OF THE ALGER PORTFOLIOS; ALGER DYNAMIC OPPORTUNITIES FUND, A SUB-FUND OF ALGER SICAV; ALGER SPECTRA FUND, A SERIES OF THE ALGER FUNDS II; ALGER CAPITAL APPRECIATION FOCUS FUND, A SERIES OF THE ALGER INSTITUTIONAL FUNDS; ALGER CAPITAL APPRECIATION FOCUS SMA WRAP SEED; ALGER CAPITAL APPRECIATION SMA MODEL; ALGER | Case No. 3:18-cv-01465-SB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

GLOBAL GROWTH FUND; and ALGER LARGE CAP GROWTH SMA MODEL,

Plaintiffs,

v.

PRECISION CASTPARTS CORP., MARK DONEGAN, and SHAWN R. HAGEL,

Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs The Alger Funds; The Alger Funds II; The Alger Institutional Funds; The Alger Portfolios; Alger SICAV; Alger Associates, Inc.; Alger American Asset Growth Fund, a SubFund of Alger SICAV; Alger Capital Appreciation Fund, a Series of The Alger Funds; Alger Capital Appreciation Institutional Fund, a Series of The Alger Institutional Funds; Alger Capital Appreciation Portfolio, a series of The Alger Portfolios; Alger Collective Trust Capital Appreciation Series; Alger Dynamic Return Fund, LLC; Alger Dynamic Opportunities Fund, a Series of The Alger Funds II; Alger Large Cap Growth Portfolio, a Series of The Alger Portfolios; Alger Dynamic Opportunities Fund, a Sub-Fund of Alger SICAV; Alger Spectra Fund, a Series of The Alger Funds II; Alger Capital Appreciation Focus Fund, A Series Of The Alger Institutional Funds; Alger Capital Appreciation Focus SMA Wrap Seed; Alger Capital Appreciation SMA Model; Alger Global Growth Fund; and Alger Large Cap Growth SMA Model, hereby voluntarily dismiss all of their claims in this action without prejudice, with no fees or costs to any party.

DATED: September 6, 2022

FORUM LAW GROUP LLC

Scott F. Kocher, OSB 015088
scott@forumlawgroup.com
FORUM LAW GROUP LLC
811 Naito Parkway, Suite 420
Portland, OR 97204
Tel: (503) 445-2102/Fax: (503) 445-2120

Lawrence M. Rolnick
lrolnick@rksllp.com
Jarett Sena
jsena@rksllp.com
ROLNICK KRAMER SADIGHI LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-597-2838

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, a copy of the foregoing document was filed electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Filing.

Scott F. Kocher, OSB 015088
scott@forumlawgroup.com

Attorneys for Plaintiffs